IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01351-WYD-MJW

BRIAN RITTENBERG,

    Plaintiff,

v.

FIRST NATIONAL COLLECTION BUREAU, INC.,

    Defendant.

---

## ORDER OF DISMISSAL

---

In accordance with Plaintiff's Notice of Withdrawal of Complaint and Voluntary Dismissal With Prejudice Pursuant to Rule 41(a) filed September 24, 2015 (ECF No. 12) it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**.

Dated:  October 21, 2015

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge